1  Thiago M. Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   Carolin K. Shining, SBN 201140
3  cshining@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
5  Telephone: (213) 381-9988
   Facsimile: (213) 381-9989
6  *Attorneys for Plaintiff*
7
   Damon M. Pitt, SBN 291473
8  damon.pitt@klgates.com
   **K&L GATES LLP**
9  1 Park Plaza
   Twelfth Floor
10 Irvine, CA 92614
11 Telephone: (949) 253-0900
   Facsimile: (949) 253 0902
12 *Attorneys for Defendant Timber ID LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual, | Case No.: 3:22-cv-07736-SI |
| Plaintiff, | *Honorable Judge Susan Illston* |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| TIMBER ID LLC d/b/a TIMBER COVE, a Delaware limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | Complaint Filed: December 7, 2022<br>Trial Date: Not Set |

Plaintiff Flor Jimenez ("Plaintiff") and Defendant Timber ID LLC d/b/a Timber Cove ("Defendant") hereby notify the Court that all of Plaintiff's claims have settled. A Notice of Dismissal with Prejudice as to all of Plaintiff's claims will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 8, 2023               Respectfully Submitted,

*/s/ Carolin K. Shining*
Thiago M. Coelho
Carolin K. Shining
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

Dated: May 8, 2023               Respectfully Submitted,

*/s/ Damon M. Pitt*
Damon M. Pitt
**K&L GATES LLP**
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 8, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: May 8, 2023                          */s/ Carolin K. Shining*
                                                              Carolin K. Shining