Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Shahin Rezvani, SBN 199614
srezvani@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual,<br><br>    Plaintiff,<br>  v.<br><br>TIMBER ID, LLC d/b/a TIMBER COVE, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 3:22-cv-07736-SI<br><br>*Honorable Judge Susan Illston*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: December 7, 2022<br>Trial Date:      None Set |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Flor Jimenez enters a dismissal with prejudice as to all of Plaintiff's claims in their entirety. Each party shall bear her or its own fees and costs.

Dated: August 2, 2023                               **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Shahin Rezvani
*Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137